UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Joseph Tejera
_____

_____
Plaintiff,

[Insert full name of plaintiff/prisoner]

-against-

John Doe
John Doe
John Doe
John Doe
John Doe
John Doe
Defendant(s).

[Insert full name(s) of defendant(s). If you need additional space, please write "see attached" and insert a separate page with the full names of the additional defendants. The names listed above must be identical to those listed in Part I]

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAY 20 2024 ★
LONG ISLAND OFFICE

24-cv-03820-AMD-CLP

**CIVIL RIGHTS COMPLAINT**
42 U.S.C. § 1983

**Donnelly, J**
**Pollak, MJ**

JURY DEMAND
YES ✓   NO ___

RECEIVED
MAY 20 2024
EDNY PRO SE OFFICE

I.  **Parties**: (In item A below, place your name in the first blank and provide your present address and telephone number. Do the same for additional plaintiffs, if any.)

A. Name of plaintiff  Joseph Tejera

If you are incarcerated, provide the name of the facility and address:

Suffolk County Correctional Facility
110 Center Drive
Riverhead, NY 11901

Prisoner ID Number: 741232

1

If you are not incarcerated, provide your current address:

_____
_____
_____

Telephone Number: _____

**B. List all defendants.** You must provide the full names of each defendant and the addresses at which each defendant may be served. The defendants listed here must match the defendants named in the caption on page 1.

Defendant No. 1

John Doe
Full Name

Lieutenant
Job Title

Police Officer

N.Y.C. Housing Authority Intelligence Unit (PSA 1)
Address

Defendant No. 2

John Doe
Full Name

Police Officer
Job Title

N.Y.C. Housing Authority Intelligence Unit
PSA 1
Address

Defendant No. 3

John Doe
Full Name

Police Officer
Job Title

N.Y.C. Housing Authority Intelligence Unit

                 PSA 1
                 Address

Defendant No. 4     John Doe
                 Full Name
                 Police Officers
                 Job Title
                 N.Y.C. Intelligence unit
                 PSA 1
                 Address

Defendant No. 5     John Doe
                 Full Name
                 Police Officer
                 Job Title
                 N.Y.C. Intelligence unit
                 P.S.A 1
                 Address

II. **Statement of Claim:**

(State briefly and concisely, the <u>facts</u> of your case. Include the date(s) of the event(s) alleged as well as the location where the events occurred. Include the names of each defendant and state how each person named was involved in the event you are claiming violated your rights. You need <u>not</u> give any legal arguments or cite to cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. You may use additional 8 ½ by 11 sheets of paper as necessary.)

Where did the events giving rise to your claim(s) occur? N.Y.C.H.A Building, located at 711 E 108 St Brooklyn, NY 11236 Unit # 1D

When did the events happen? (include approximate time and date) At 12:30 pm on October 03, 2023 & at 9: pm on October 24, 2023

3

Facts: (what happened?) On 10-03-23 at 12:30 p.m Police Officers from the NYC Housing Authority Intelligence Unit went into my apartment without probable cause arrested me along with false accusations. As I told Police Officers from NYCHA Intelligence Unit Command center P.S.A 1 I stated that I was stabbed & Officers did not arrest the individual Along with forty dollars missing. Again On 10-24-23 at 8:00 p.m. Same Officers Kick down my door & went through my window with no warrant or probable cause, along with injuries & stolen documents & property for them leaving my door wide open after the fact. This was cruel & inhumane what was done to me. Including no mental Health or proper Medical Attention. Evil motive & intent

II.A. Injuries. If you are claiming injuries as a result of the events you are complaining about, describe your injuries and state what medical treatment you required. Was medical treatment received?

Stab wounds, stitches from slit on both wrist. Excessive force also cause knee injuries & back pain. Right hand; Permanant finger damage. Damage fingers, Head Trauma

4

III. **Relief:** State what relief you are seeking if you prevail on your complaint.

for Physical injuries damages 5,000,000
for Compensentory damages 2,000,000
for Medical expenses 3,000,000
for A total of damages of
10,000,000

I declare under penalty of perjury that on  5/10/24 , I delivered this complaint to prison authorities at 110 Center Drive (name of prison) to be mailed to the United States District Court for the Eastern District of New York.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 5/10/24

Joseph V.
Signature of Plaintiff

Suffolk County Correctional Facility
Name of Prison Facility or Address if not incarcerated

110 Center Drive
Riverhead, NY 11901
Address

741232
Prisoner ID#

rev. 12/1/2015

5

D

My name is Joseph Tejera, & I would like to talk about events that occurred on July 3, 2023 & more. I stayed in apartment located on 711 E 108st Brooklyn, NY 11238 Unit #1D. A friend of mine name Fort witch Is dating Darlene are both M.T.A Workers. Keys was given to me from lady name Darlene. With A agreement of paying 600 dollars Monthly. Full details was'nt given to me about the apartment. Do to the fact I was Homeless & living in my car. I was desperate enough to take the chance. Since I get S.S.I & S.S.D., I figure I'll be able to make the monthly payments. When I arrived & enter the apartment it was A total mess. I had to throw out bags & bags of garbage that was left behind. It was like, it was done on purpose. My supicion grew when I was told to pay through Cash App & to not have people notice of my presence there. Doing My time period there Darlene had New York City Housing Authority (NYCHA) maintenance paint the whole apartment & throw out the kitchen sink & kitchen counters. The Kitchen was partially emty except for the stove. I remember the apartment vividly with the damage floors from the hallway to the living room. Two bedroom, one bathroom apartment with A living room & Kitchen.

/

2) I figured by now (NYCHA) knew I was staying there cause I have open the door several times for maintenance to come in. I spent my Birthday there on August 21, 2023. When arguments started to escalade with my EX, that's when neighbors started to complain. Through September 2023 it's been A on going argument with me & her. She had destroyed most of my appliances & windows, metal guards etc. On October 3, 2023 I was from her Fake yelling & screaming inside the apartment. Officers was not Let in. The door was lock. She unlock the door during our argument witch I didn't notice. Officers lied telling her to say that I choked & punch her, when she was stabbing me with A knife & hitting me with the metal window guard Rail. I was bleeding & Officers did not arrest her. I was Let out the same day. I made A police report on her stabbing me etc. I know neighbors told (NYCHA) about the situation cause I came back to the apartment with keys to open door & neighbors seen me walked in. I had A feeling that it was'nt going to stop there. Weeks went by & it was quiet. Let me remind you I get S.S.I & S.S.D.. I have A mental health disability that makes me cut myself. Plus I have pass physical injuries that makes it hard to perform certain task, like heavy lifting or standing for long periods of times. Now this is when things got Bad. Crystal Ivaldy has not had any contact with me since the last incident. She shows up on October 29, 2023 crying, stating "I just got of jail." She was arguing & fighting with her brother At her grand mother's house.

3) She stabbed her brother as well where she was arrested & her child was taken for "child endangerment". Great! She show's up at 711 E 108st Brooklyn, NY 11238 apartment #1D with no where to go. I let her in telling her to shower & to figure out your next step. Me being kind hearted because of the history we have was my down fall. I knew she would never change, I was just to stubborn to realize it. From All the time I been with her. I notice when she comes down from using drugs. She get's psychotic & starts pacing & breaking things with her yelling & screaming. It's A pattern! witch happen at the apartment on 711 E 108st Brooklyn, NY 11238 apartment #1D she seriously had some mental health issues. Cause All I said to her was to stop using & to make some serious adult decisions. She went crazy & started to hit herself & breaking my things again. This is when she grab the knife & started stabbing me again. Me with my mental health issues, I had enough, I couldn't take it anymore. I took the knife from her hand, slited both of my wrist. One on the Left, two on the right. I rather die then go through, being looked at like I'm causing the problems. And of course when Police officers (NYCHA intelligence unit)(P.S.A 1) arrived they started to kick the door because, again of her fake yelling & screaming. They couldn't get in at the time & came from the living room window. Insane, So unnecessary! I was arrested with just short's on. With blood everywhere, on me & on the floor. Again she wasin't arrested knowing, she been the one stabbing me. Knowing my rights was violated by officers. I didn't say one word.

4) Under the Americans with disability Act (ADA).
My rights was violated by all means, like it was planed from the beginning. My Miranda rights were violated, New York Human Right Law (NYHRL) were violated, Privacy Act & Protection against impairment were violated, Even My Civil Right Act were violated. False Accusations & Racial profiling to the point they search through my room with no search warrant. To kick the door down they need A warrant with probable cause. I remain silent & was sent to the first hospital for stitches then second hospital for X-Rays & other injuries were I was denied Mental Health Services. First one Brookdale, second Sound View. witch I believe is near P.S.A.2. I been incarcerated ever since 10/24/23 with damage fingers along with my right hand & bodily pains like left knee & lower back My goal is to find help on my case in any type of way. I'm worried about my personal documents being thrown out by (NYCHA) along with my personal properties. I have called 311 from Rykers indicating to tell (NYCHA) to please don't throw out my property & documents. Especially with all the scamming going on. I sent letters to (NYCHA) on address 787 Atlantic Ave #2 Brooklyn, NY 11238 & had friends call & family call on #718-707-7771 The apartment is under Name Darlene who gave me the keys That's what make's this all so difficult, But having my personal documents there proves I am the common law there.
I.Ds., Passport, letter from Social Security, S.S. Card, Car Plates etc All has my name on it Joseph Tejera

⑤ I remember Darlene stating that she Hate's dealing with (NYCHA) cause of them never fixing anything so that's why she moved out & gave me the keys. They were two keys. For the top & bottom. I figure she hated the place anyways so her & fort was trying to get money from me while they didn't paid the rent. Straight up scammo. I was homeless living in my car. I was done wrong in all kinds of ways. I don't know what's going on & (NYCHA) has A Bad reputation with they're bribery scandal going on. I'm just trying to recover my documents by any means possible. It's hard enough for me As it is nowadays. I'm trying to have A peace of Mind so by the time I'm release I have something to look forward to. May My words be recieved in good faith. Peace & blessings

Sincerely

Joseph

2/21/24

## WebCriminal

## Case Details - Summary

**CASE INFORMATION**

Court: Kings Criminal Court
Case #: CR-039158-23KN
Defendant: Tejera, Joseph

**Defendant**

Name: Tejera, Joseph
Birth Year: 1982

**Incident and Arrest**

Incident
  Date: October 24, 2023
  CJTN: 70485107K

*Arresting Officer I.D. 951126* [handwritten]

Arrest
  Date: October 24, 2023
  Arrest #: K23654529

Officer
  Agency: NYC Housing Authority Intelligence Unit
  Command: PSA 1

**Attorney Information**

Defense Attorney
  Name: Brierly-snowden, Jessica Leigh
  Type: Public Defender
  Address: 177 LIVINGSTON ST FL 7 BROOKLYN, New York 11201
  Phone: (929) 561-1490

Assistant District Attorney
  Name: Kings County District Attorney

**Next Appearance**

Date: April 26, 2024
Time: 09:00 AM
Court: Kings Criminal Court
       320 Jay Street
Judge: Judge, TBD
Part: FD

This case have been dismissed

under Civil act

§ 1983. Civil action for deprivation of rights [Statutory Text & Notes of Decisions subdivisions I to IX]

## Case Details - Summary

**CASE INFORMATION**

Court: Kings Criminal Court
Case #: CR-036291-23KN
Defendant: Tejera, Joseph

**Defendant**

Name: Tejera, Joseph
Birth Year: 1982

**Incident and Arrest**

Incident
 Date: October 03, 2023
 CJTN: 70460628Q

Arrest
 Date: October 03, 2023
 Arrest #: K23650392

Officer
 Agency: NYC Housing Authority Intelligence Unit
 Command:

*Arresting officer ID 942700*

**Attorney Information**

Defense Attorney
 Name: MCKEEVER, AIDAN
 Type: Public Defender

Assistant District Attorney
 Name: Kings County District Attorney

**Next Appearance**

Date: March 20, 2024
Time: 09:00 AM
Court: Kings Criminal Court
Judge: Judge, TBD
Part: DV2

This case have been dismissed

SUFFOLK COUNTY CORRECTIONAL FACILITY
110 CENTER DRIVE
RIVERHEAD, NY 11901

NAME: Joseph Tejera

United States District
Eastern District of New York
100 Federal Plaza
Central Islip, NY
11722
Attention: Pro Se Office